IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 04-CV-1852-PSF-BNB

THE MAY DEPARTMENT STORES COMPANY, a New York Corporation

    Plaintiff,

vs.

TAUBMAN-CHERRY CREEK LIMITED PARTNERSHIP, a Colorado Limited Partnership,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulation for Dismissal With Prejudice filed by the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The Court, being fully advised, hereby ORDERS that all claims are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties shall bear their own costs and attorneys' fees.

ORDERED this 24th day of June, 2005.

                BY THE COURT:

                s/ Phillip S. Figa
                _____
                Phillip S. Figa
                United States District Judge